MARTHA SHAFER, appellant,

*v.*

ZACHARY TAYLOR SHAFER, respondent.

[Affirmed without opinion, July 1st, 1908.]

On appeal from a decree of the court of chancery.

*Mr. G. Dore Cogswell,* for the appellant.

*Messrs. Scovel & Boyle,* for the respondent.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—15.

*For reversal*—None.